AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America<br>v.<br>TIMOTHY GALLOWAY<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  16-2527 BPG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 25, 2016__ in the county of __Baltimore__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | Conspiracy to distribute and possess with intent to distribute 28 grams or more of cocaine base |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Paul T. Geare, TFO, ATF
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 9-26-16

_____
Judge's signature

City and state: Baltimore, Maryland

Hon. Beth P. Gesner, U.S. Magistrate Judge
_____
Printed name and title